# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134787

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DALAYNARD DARNELL JACKSON,
     Defendant-Appellant.

SC: 134787
COA: 278935
Macomb CC: 2005-005548-FC

_____/

     On order of the Court, the application for leave to appeal the August 1, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2007

d1213

Clerk